**No. 09-10183. Gary L. Wise, Petitioner v. South Carolina Department of Corrections.**

561 U.S. 1053, 131 S. Ct. 55, 177 L. Ed. 2d 1145, 2010 U.S. LEXIS 5712.

September 3, 2010. Petition for rehearing denied.

Former decision, 560 U.S. 970, 130 S. Ct. 3446, 177 L. Ed. 2d 332, 2010 U.S. LEXIS 4956.

**No. 09-10255. David Allen Jones, Petitioner v. Ronald King, Superintendent, South Mississippi Correctional Institution.**

561 U.S. 1053, 131 S. Ct. 55, 177 L. Ed. 2d 1145, 2010 U.S. LEXIS 5721.

September 3, 2010. Petition for rehearing denied.

Former decision, 561 U.S. 1012, 130 S. Ct. 3471, 177 L. Ed. 2d 1068, 2010 U.S. LEXIS 5151.

**No. 09-10267. Jeffrey Willis, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.**

561 U.S. 1053, 131 S. Ct. 55, 177 L. Ed. 2d 1145, 2010 U.S. LEXIS 5706.

September 3, 2010. Petition for rehearing denied.

Former decision, 561 U.S. 1013, 130 S. Ct. 3471, 177 L. Ed. 2d 1068, 2010 U.S. LEXIS 5140.

**No. 09-10320. Injah Tafari, Petitioner v. Paul W. Annetts, et al.**

561 U.S. 1054, 131 S. Ct. 57, 177 L. Ed. 2d 1145, 2010 U.S. LEXIS 5700.

September 3, 2010. Petition for rehearing denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Former decision, 561 U.S. 1019, 130 S. Ct. 3475, 177 L. Ed. 2d 1080, 2010 U.S. LEXIS 5210.

**No. 09-10338. Patrick K. Spurlock, Petitioner v. Ian A. Northrip, et al.**

561 U.S. 1053, 131 S. Ct. 55, 177 L. Ed. 2d 1145, 2010 U.S. LEXIS 5707.

September 3, 2010. Petition for rehearing denied.

Former decision, 561 U.S. 1029, 130 S. Ct. 3509, 177 L. Ed. 2d 1097, 2010 U.S. LEXIS 5335.

**No. 09-10380. Lance Reberger, Petitioner v. Nevada.**

561 U.S. 1053, 131 S. Ct. 55, 177 L. Ed. 2d 1145, 2010 U.S. LEXIS 5685.

September 3, 2010. Petition for rehearing denied.

Former decision, 560 U.S. 971, 130 S. Ct. 3425, 177 L. Ed. 2d 335, 2010 U.S. LEXIS 4806.